68 F.3d 473
 Alan McFadden, William 'Bill' Ware, Alpha Omega Paitsel,
III, Mack Brown, Curtis Antonio Way, Stephen B.
Williams, Robert E. Tubwell
v.
Ronald Welch, L.T. Senter, Jr., Mississippi Dept. of
Corrections; Alan McFadden, William 'Bill' Ware, Alpha Omega
Paitsel, III, Mack Brown, Curtis Antonio Way, Stephen B.
Williams, Robert E. Tubwell v. Ronald Welch, L.T. Senter,
Jr., Mississippi Department of Corrections
 NO. 95-60151
 United States Court of Appeals,
 Fifth Circuit.
 Aug 22, 1995
 N.D.Miss., 59 F.3d 1241
 
 1
 DENIALS OF REHEARING EN BANC.